UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GARY A. ZIERKE, | : | CIVIL ACTION NO. 3:CV-12-1394 |
| Petitioner | : | (Judge Nealon) |
| v. | : | |
| DAVID J. EBBERT, | : | |
| Respondent | : | |

## ORDER

**AND NOW, THIS 13th DAY OF DECEMBER, 2012,** for the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. The petition for writ of habeas corpus (Doc. 1) is **DISMISSED**.

2. Petitioner's motions for appointment of counsel, preliminary injunction, and hearing (Docs. 6, 9, 10) are **DISMISSED** as moot.

3. The Clerk of Court is directed to **CLOSE** this case.

_____
United States District Judge

FILED
SCRANTON

DEC 1 3 2012

PER_____
DEPUTY CLERK